No. 13,144.

STATE OF COLORADO EX REL. PALACE AMUSEMENT COMPANY
v. CITY AND COUNTY OF DENVER ET AL.
(14 P. [2d] 1119)

Decided October 3, 1932.

Judgment affirmed en banc without written opinion.

Mr. THOMAS H. GIBSON, Mr. CARL CLINE, for plaintiff in error.

Mr. JAMES D. PARRIOTT, Mr. ROBERT J. KIRSCHWING, for defendants in error.